bursements, and motion granted on payment of costs to date. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.

SAMUEL MARER, Respondent, v. ESTHER WEINER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

VINCENT SWEET, Appellant, Respondent, v. BALDWIN LOCOMOTIVE WORKS, Respondent, Appellant.— Order so far as appealed from by the plaintiff affirmed. Order so far as appealed from by the defendant modified by allowing items 1 (e) and 1 (f), and as so modified affirmed, with twenty dollars costs and disbursements to the defendant. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

STERLING CONCRETE CORPORATION and Another, Respondents, v. KAUFMAN BROS. CONTRACTORS, INC., Also Known as KAUFMAN BROS., INC., and Others, Appellants, Impleaded with Another.— Orders affirmed, with twenty dollars costs and disbursements, without prejudice to renewal on papers showing a meritorious defense. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

EVELYN M. GOLDSTEIN, an Infant, by SIDNEY M. GOLDSTEIN, Her Guardian ad Litem, Respondent, v. SEYMOUR L. MANTELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

EVELYN M. GOLDSTEIN, an Infant, by SIDNEY M. GOLDSTEIN, Her Guardian ad Litem, Respondent, v. SEYMOUR L. MANTELL, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

C. & W. CONSTRUCTION CO., INC., Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order reversed, without costs, and motion granted to the extent of allowing inspection and copy of the photographs referred to in subdivision " a " of the order to show cause dated November 14, 1934; the same to be delivered to defendant for said purpose within five days from service of order. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of DAVID GLUCKSMAN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ARTHUR BERENSON and LAWRENCE BERENSON v. JOHN H. WOODBURY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Mortgage or Deed of Trust Dated May 1, 1930, Made by 23–24 CORPORATION and LONDON TERRACE CORPORATION, v. 23–24 CORPORATION and Others, Impleaded with LONDON TERRACE CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.